1  J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2  Matthew Borden, Esq. (SBN: 214323)
       borden@braunhagey.com
3  David H. Kwasniewski, Esq. (SBN: 281985)
       kwasniewski@braunhagey.com
4  BRAUNHAGEY & BORDEN LLP
   351 California Street, 10th Floor
5  San Francisco, CA 94104
   Telephone: (415) 599-0210
6  Facsimile: (415) 276-1808

7  ATTORNEYS FOR DEFENDANT
   THE HERSHEY COMPANY
8

9

10
                    **UNITED STATES DISTRICT COURT**
11
                  **NORTHERN DISTRICT OF CALIFORNIA**
12

13

14
   HOWARD CLARK, TODD HALL, ANGELA          Case No. 4:18-cv-06113-WHA
15 PIRRONE, individually and on behalf of all
   others similarly situated,               **NOTICE OF CHANGE IN COUNSEL**
16
                  Plaintiffs,
17
          v.
18
   THE HERSHEY COMPANY, a Delaware
19 corporation,
20                Defendant.

21

22

23

24

25

26

27

28

                                                      Case No. 4:18-cv-06113-WHA
                         NOTICE OF CHANGE IN COUNSEL

1      TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE of the following withdrawal of counsel.

3        1.      BraunHagey & Borden LLP is counsel of record for Defendant The Hershey

4    Company ("Defendant");

5        2.      Amit Rana is no longer associated with BraunHagey & Borden LLP and therefore

6    withdraws as counsel for Defendant;

7        3.      BraunHagey & Borden LLP will continue to represent Defendant;

8        4.      No party will be prejudiced by Mr. Rana withdrawing as counsel for Defendant.

9

10

11   Dated:  March 1, 2019                    BRAUNHAGEY & BORDEN LLP

12

13                                            By:_____ /s/  Matthew Borden_____
                                                       Matthew Borden
14

15                                            *Attorneys for Defendant The Hershey Company*

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                     1                    Case No. 4:18-cv-06113-WHA
                                    NOTICE OF CHANGE IN COUNSEL