**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD CLARK, TODD HALL, and
ANGELA PIRRONE, individually and on
behalf of all others similarly situated,

       Plaintiffs,

  v.

THE HERSHEY COMPANY, a Delaware
corporation,

       Defendant.

                                /

No. C 18-06113 WHA

**ORDER FOLLOWING
DISCOVERY HEARING**

      This order summarizes the rulings made on the record at today's discovery hearing. Defendant shall pay the costs incurred by plaintiff Todd Hall in connection with the cancelled New York deposition as well as any future costs incurred by plaintiff Hall should he wish to attend plaintiff Angela Pirrone's deposition in New York. Plaintiffs' depositions shall proceed on the dates and locations agreed upon by the parties even if defendant has not yet received documents pursuant to the subpoena served on plaintiffs' counsel's law firm. Should defendant need to depose plaintiffs a second time after receiving such documents, those depositions will be at defendant's expense.

     **IT IS SO ORDERED.**

Dated: March 4, 2019.

                               
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE