LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 088666)
Email: glafayette@lkclaw.com
BRIAN H. CHUN (SBN 215417)
Email: bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California  94612
Telephone:      (415) 357-4600
Facsimile:      (415) 357-4605

Attorneys for Defendant
THE HERSHEY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CLARK, TODD HALL, and ANGELA PIRRONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERSHEY COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. C 18-06113 WHA<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Action Filed:   October 4, 2018 |

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

1  TO THE HONORABLE COURT, THE CLERK OF THE COURT AND ALL PARTIES AND

2  THEIR COUNSEL OF RECORD:

3      PLEASE TAKE NOTICE that Gary T. Lafayette and Brian H. Chun of the law firm of

4  Lafayette & Kumagai LLP, 1300 Clay Street, Suite 810, Oakland, CA 94612, Telephone: 415-

5  357-4600 hereby appear in this matter as counsel for Defendant The Hershey Company.  Gary T.

6  Lafayette and Brian H. Chun are both licensed to practice law in the State of California and are

7  admitted to practice before this Court.

8

9  DATED:  March 7, 2019                    LAFAYETTE & KUMAGAI LLP

10                                          _/s/ Gary T. Lafayette_____
                                           GARY T. LAFAYETTE
11                                          Attorneys for Defendant
                                           THE HERSHEY COMPANY
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

1