# EXHIBIT C

Page 1

1

2   UNITED STATES DISTRICT COURT

3   NORTHERN DISTRICT OF CALIFORNIA

4   - - - - - - - - - - - - - - - - - - -x

5   HOWARD CLARK, TODD HALL, ANGELA PIRRONE,
    individually, on behalf of all others

6   similarly situated, and the general
    public,

7
                        Plaintiffs,

8
         -against-

9

    THE HERSHEY COMPANY, a Delaware

10  corporation,

11                      Defendant.

12  - - - - - - - - - - - - - - - - - - -x

13              1133 Avenue of the Americas
                New York, New York

14
                     April 2, 2019

15                   10:08 a.m.

16

17     VIDEO DEPOSITION of ANGELA PIRRONE, a
    plaintiff in the above-entitled action,

18  held at the above time and place, taken
    before Jeremy Richman, a Shorthand

19  Reporter and Notary Public of the State of
    New York, pursuant to the Federal Rules of

20  Civil Procedure, and stipulations between
    Counsel.

21

22

23

24

25

Page 2

```
 1
 2    APPEARANCES:
 3       LAW OFFICES OF RONALD A. MARRON
                Attorneys for Plaintiffs
 4              651 Arroyo Drive
                San Diego, California 92103
 5
         BY:   MICHAEL T. HOUCHIN, ESQ.
 6              (mike@consumersadvocates.com)
 7
 8       PATTERSON BELKNAP WEBB & TYLER LLP
                Attorneys for Defendant
 9              1133 Avenue of the Americas
                New York, New York 10036-6710
10
         BY:   JANE M. METCALF, ESQ.
11              (jmetcalf@pbwt.com)
12
13
      PRESENT:
14    TODD HALL
                    *        *        *
15
16
17
18
19
20
21
22
23
24
25
```

Page 17

1           A.      Correct.
2           Q.      Why are you suing The Hershey
3    Company?
4           A.      For misrepresentation that I
5    was under the assumption that their
6    product labeling was in fact true, and
7    I've come to learn that it wasn't.
8           Q.      Okay.  What products are you
9    talking about?
10          A.      Brookside chocolate covered
11   fruit.
12          Q.      So you believe that the
13   product labeling for Brookside
14   chocolate covered fruit was not true?
15          A.      Correct.
16          Q.      What aspect of the product
17   labeling do you think was not true?
18          A.      The fact that it was labeled
19   natural ingredients.
20          Q.      The fact that it was labeled
21   natural ingredients?
22          A.      Correct.
23          Q.      Is there anything else?
24          A.      No artificial ingredients.
25          Q.      Okay.  So you are suing The

Page 18

1    Hershey Company for labeling its

2    product no artificial ingredients and

3    you believe that that was not true?

4         A.    Correct.

5         Q.    Anything else on the

6    Brookside product labels that you

7    believe was not true?

8         A.    No.

9         Q.    And a little more

10   specifically, which products are you --

11   does your lawsuit pertain to?

12        A.    The chocolate covered

13   berries; blueberries, pomegranate.

14        Q.    So these are the Brookside

15   chocolate covered ball products, right?

16        A.    Yes.

17        Q.    And you believe you bought

18   some of those products?

19        A.    I know I did.

20        Q.    Okay.  And which of those

21   products did you buy?

22        A.    The blueberries, the

23   pomegranate.

24        Q.    Okay.  Is it the açai

25   blueberry flavor, does that sound

Page 19

1    right?

2          A.    Yes.

3          Q.    And you bought the

4    pomegranate flavor?

5          A.    Correct.

6          Q.    Any other?

7          A.    The blueberry.

8          Q.    So you said the blueberry, by

9    which I think you mean the açai

10   blueberry.  Does that sound right, the

11   açai blueberry flavor?

12         A.    If it's the blueberry, yes.

13         Q.    Well, I'll tell you, I don't

14   think there's a straight up blueberry

15   flavor, so I think we're talking about

16   açai blueberry.

17         A.    The same thing, okay.

18         Q.    And then you bought the

19   pomegranate flavor?

20         A.    Yes.

21         Q.    And any other flavors?

22         A.    I believe there was another

23   berry, but those were primarily the two

24   that I purchased.

25         Q.    Okay.  So sitting here today,

Page 20

1    you can't remember purchasing any
2    besides the açai blueberry and the
3    pomegranate?
4          A.    And the pomegranate, correct.
5          Q.    Okay.  And do you have the
6    same complaints about the two flavors
7    you bought, açai blueberry and
8    pomegranate, or are they different in
9    some way?
10         A.    Same complaint.
11         Q.    Okay.  When was the last time
12   that you bought either açai blueberry
13   or pomegranate flavored Brookside
14   products?
15         A.    2010, 2011.
16         Q.    2000 --
17         A.    2011 maybe.
18         Q.    2010 or 2011.  And are you
19   pretty confident that that was the
20   first time you bought them?
21         A.    Yes.
22         Q.    And where did you buy them?
23         A.    In south Florida.
24         Q.    Okay.  Do you remember what
25   store?

Page 21

```
 1        A.     Palm Beach Gardens, Florida
 2   Publix.
 3        Q.     Okay.  And which flavor was
 4   it you bought for the first time?
 5        A.     The blueberry.
 6        Q.     And at that time that you
 7   first bought the açai blueberry flavor,
 8   do you recall about what you paid?
 9        A.     Maybe close to $5 a bag.
10        Q.     So you bought it for the
11   first time in 2010 or 2011, and you
12   paid close to $5?
13        A.     Five, six.  Anywhere between
14   four and change to $6.
15        Q.     And that was at -- that was
16   at a Publix down in Florida?
17        A.     Perhaps there was a CVS as
18   well.
19        Q.     Okay.  And that first time in
20   2010 or 2011, why did you buy the
21   product?
22        A.     So my daughter was born
23   June 2010 --
24        Q.     Mm-hmm.
25        A.     -- and I thought it would be
```

Page 22

```
 1    a fun, safe snack, treat.  Not just a
 2    snack, a treat.
 3         Q.    I know how those days ago.
 4    So you bought it to eat as a snack
 5    right after having your daughter, which
 6    is your -- who was your first child,
 7    right?
 8         A.    Yes.  And it was great for
 9    potty training, too, as a reward.
10         Q.    You were potty training your
11    daughter when she was just born?
12         A.    In 2011, so she was a year.
13         Q.    Wow, still pretty impressed.
14         A.    Started early.
15         Q.    So you believe you started
16    buying the products sometime during
17    your daughter's infancy?
18         A.    Correct.  Toddler.
19         Q.    During her first year?
20         A.    Yes.
21         Q.    Okay.
22         A.    Doing the math.
23         Q.    Okay.  So you bought the Açai
24    & Blueberry product the first time, you
25    wanted to eat it yourself?
```

Page 23

```
1        A.     Yes.
2        Q.     And also give it to your
3   daughter to eat?
4        A.     Correct.
5        Q.     And so I take it you thought
6   it looked tasty?
7        A.     Yes.
8        Q.     Do you like dark chocolate?
9        A.     Yes.
10       Q.     Did you have an understanding
11  when you made that first purchase as to
12  whether the product had artificial
13  flavors?
14       A.     Say that again.
15       Q.     Did you have an understanding
16  when you bought that product the first
17  time as to whether it had artificial
18  flavors in it?
19       A.     I presumed it did not,
20  because it clearly said it did not.
21       Q.     Okay.  So when you made that
22  first purchase, you believed that the
23  product did not contain artificial
24  flavors?
25       A.     Correct.
```

Page 24

1        Q.      And what made you believe
2    that?
3        A.      It was labeled as such.
4        Q.      So you recall seeing a label
5    somewhere on the product that said no
6    artificial flavors?
7        A.      Yes.
8        Q.      And when did you first notice
9    that?
10       A.      Upon inspecting the product,
11   before purchasing, before making the
12   decision to purchase.
13       Q.      So you were in a Publix in
14   2010 or 2011 and you were thinking
15   about buying the product because it
16   looked tasty, right?
17       A.      Right.
18       Q.      And you recall picking it up
19   and looking at it in the store and
20   seeing no artificial flavors; is that
21   right?
22       A.      Yes.  Correct.
23       Q.      And where on the product
24   package was that?
25       A.      Right in front.

Page 25

1      Q.      What part of the front?

2      A.      Top -- top part probably.

3      Q.      Okay.   And --

4      A.      Also on the back.

5      Q.      Do you recall looking --

6   turning it around and looking on the

7   back?

8      A.      Yes.

9      Q.      And you also saw no

10  artificial flavors on the back?

11     A.      Mm-hmm.

12     Q.      And again, this is back when

13  you were first buying the product in

14  2010 or 2011?

15     A.      Mm-hmm.   Yes.

16     Q.      And then after you took the

17  product home, did you like it?

18     A.      Yes.

19     Q.      Okay.   So did you continue to

20  buy the product every so often for a

21  period of years?

22     A.      Every so often.

23     Q.      About how often?

24     A.      Maybe once a quarter.

25     Q.      Very businesslike way of --

Page 26

```
 1          A.     Every three months or so.
 2          Q.     So from 2010, 2011-ish, from
 3     then until 2018 --
 4          A.     Correct.
 5          Q.     -- you bought the Açai &
 6     Blueberry product about once every
 7     three months?
 8          A.     Correct.
 9          Q.     And throughout that period,
10     how much did you typically pay for the
11     products?
12          A.     4, $5 a bag.
13          Q.     Okay.  So you previously, I
14     think, said that you paid about $5 for
15     your first purchase?
16          A.     4 to $6.
17          Q.     Okay.  So you paid somewhere
18     in the 4 to $6 range that first time?
19          A.     Mm-hmm.
20          Q.     And then did that price stay
21     more or less consistent throughout the
22     seven or eight years that you were
23     buying the product?
24          A.     If memory serves me
25     correctly, there would be a promotion
```

Page 27

1    of like a twofer, buy two for a certain

2    promotional price, if I recall.

3         Q.    Okay.  So every so often you

4    would see a sale where you would get

5    two for the price of one?

6         A.    Correct, or some sort of

7    promotion to incentivize, it's cheaper

8    to buy two per bag versus just one.

9         Q.    So you would see a promotion

10   like that every so often and --

11        A.    And take advantage of it.

12        Q.    Okay.  So you would see a

13   promotion like that every so often and

14   take advantage of it, right?

15        A.    Correct.

16        Q.    And other than that, did the

17   price of the Açai & Blueberry flavored

18   Brookside product stay pretty

19   consistent from 2010, 2011 to 2018,

20   when you were buying the product?

21        A.    I don't think so.  I think it

22   went up, just like everything else,

23   over the seven, eight years.

24   Everything goes up in price.

25        Q.    But you don't remember a

Page 28

1    specific point in time where it went up

2    noticeably, you're just assuming it

3    went up because everything goes up?

4         A.    Correct.

5         Q.    Okay.  And, similarly,

6    throughout that time, the frequency

7    with which you bought the products

8    stayed about constant, is that right,

9    you bought them about every three

10   months?

11        A.    Yeah, yes.

12        Q.    Okay.  And we've been talking

13   about the Açai & Blueberry.  So you

14   mentioned you also bought the

15   pomegranate?

16        A.    Mm-hmm.

17        Q.    Let's go back to that.  So

18   when you first purchase of the

19   pomegranate flavored Brookside product,

20   was that also in 2010, 2011?

21        A.    Yes.

22        Q.    And you suspect it was at

23   that same -- or I shouldn't say

24   suspect.  Was it at that same Publix in

25   south Florida?

Page 29

1      A.      Yes.

2          Q.      It's a great grocery store,

3    by the way.   I really wish we had that

4    up here.

5          A.      I know.

6          Q.      And you think that was about

7    in 2010 or 2011?

8          A.      Correct.

9          Q.      And how confident are you in

10    that recollection, that 2010, 2011

11    recollection?

12          A.      Pretty confident.

13          Q.      Okay.   And the first time you

14    bought the pomegranate product, did you

15    have an understanding as to whether

16    that product contained artificial

17    flavors?

18          A.      I assumed it didn't, because

19    it was also labeled that it did not

20    contain artificial flavors.

21          Q.      Okay.   So as with the Açai &

22    Blueberry product, you recall seeing no

23    artificial flavors the first time you

24    purchased it in 2010 or 2011?

25          A.      Yes.

```
 1        Q.    And did you notice that no
 2   artificial flavors statement on the
 3   front of the package?
 4        A.    Yes.
 5        Q.    And where on the front of the
 6   package?
 7        A.    Same as with the blueberry,
 8   probably top part.
 9        Q.    Did you notice it anywhere
10   else on the package?
11        A.    In the back.
12        Q.    And did you notice this
13   before or after you bought the product?
14        A.    Before.
15        Q.    And was this the same like
16   shopping trip where you bought the Açai
17   & Blueberry?
18        A.    Yes.
19        Q.    So you picked up both at the
20   same time and thought you'd try both?
21        A.    Yes.
22        Q.    And then were your purchasing
23   habits for the pomegranate flavor the
24   same as you described for the Açai &
25   Blueberry flavor?
```

Page 31

```
 1        A.    Yes.
 2        Q.    Okay.  So it was every three
 3   months?
 4        A.    Correct.
 5        Q.    And you paid between 4 and
 6   $6?
 7        A.    Correct.
 8        Q.    And occasionally it was on
 9   promotion?
10        A.    Yes.
11        Q.    And you believe that the
12   price probably went up because
13   everything goes up, but you don't
14   remember a particular change in price
15   over that period from 2010 to 2018?
16        A.    Correct.
17        Q.    And other than your
18   understanding that the products did not
19   have artificial flavors, did you have
20   any other understanding of the
21   ingredients they contained?
22        A.    Aside from some chocolate and
23   the fruit.
24        Q.    Okay.  So you thought they,
25   obviously, had chocolate, and you
```

Page 32

1    understood that there was a fruity

2    center?

3         A.    Not just a fruity center, but

4    the actual fruit.

5         Q.    What do you mean by the

6    actual fruit?

7         A.    Meaning a blueberry covered

8    in chocolate, like an actual blueberry

9    or an actual pomegranate.

10        Q.    So your understanding was

11   that the Açai & Blueberry Brookside

12   product was a chocolate covered

13   blueberry?

14        A.    Correct.

15        Q.    And after you took it home

16   and ate it for the first time, did you

17   have any doubts about whether that was

18   the case?

19        A.    The actual product and -- so

20   the picture on the packaging, it's -- I

21   recall it's a sliced chocolate covered

22   blueberry, açai blueberry, and it looks

23   like there's an actual blueberry

24   covered in chocolate.

25        Q.    Okay.  So you're saying based

Page 33

1    on the picture on the front, when you

2    first bought the Açai & Blueberry

3    product --

4         A.    Mm-hmm.

5         Q.    -- you thought you were

6    buying a dark chocolate covered

7    blueberry?

8         A.    Yes.

9         Q.    And when you took the product

10   home and ate it for the first time, did

11   you still think it was a chocolate

12   covered blueberry?

13        A.    It looked more like a

14   dehydrated blueberry.  In my mind I

15   thought maybe I would have like a fresh

16   blueberry covered in chocolate.

17        Q.    And it didn't seem like that,

18   did it?

19        A.    No.

20        Q.    And it's a little chewy,

21   right?

22        A.    Yes.

23        Q.    So it was not really the

24   texture of a blueberry; is that fair?

25        A.    Combination between the

Page 34

1  chocolate and the fruit.

2       Q.    So you believed that the

3  texture was consistent with it being a

4  blueberry?

5       A.    Not necessarily.

6       Q.    What I'm just trying to

7  understand is, you said you thought it

8  was a chocolate covered blueberry from

9  looking at the picture.

10      A.    Right.

11      Q.    After you ate it, did you

12 still think it was a chocolate covered

13 blueberry?

14      A.    Yes, as opposed to a

15 chocolate covered cantaloupe, right.

16 No -- I mean yes.

17      Q.    Well, not just as opposed --

18 I'm not just asking was it blueberry

19 versus some other fruit --

20      A.    Like a dehydrated blueberry

21 versus a fresh blueberry.

22      Q.    So you believed that it was a

23 chocolate covered blueberry that was

24 dehydrated?

25      A.    Perhaps.

Page 35

1      Q.      Okay.   And are the balls, are
2   they all kind of the same size?
3      A.      Relatively speaking, yes.
4   Exactly...
5      Q.      Did you ever notice them
6   being different sizes from one another?
7      A.      No.
8      Q.      Did you ever look at the
9   ingredient list of the product?
10     A.      Yes.
11     Q.      Okay.  So did you know the
12  product contained pectin?
13     A.      Yes.
14     Q.      Did you know it contained
15  citric acid?
16     A.      Yes.
17     Q.      Did you know it contained
18  maltodextrin?
19     A.      I don't recall.
20     Q.      But you recall looking at the
21  ingredient list?
22     A.      Yes.
23     Q.      So you knew it had other prod
24  -- other ingredients besides dark
25  chocolate and blueberry?

Page 36

```
1          A.    Yes.
2          Q.    Okay.  And at what point did
3     you look at the ingredient list?
4          A.    Prior to purchasing,
5     inspecting the bag.
6          Q.    So at the time that you
7     bought it, you knew that there were
8     other ingredients besides dark
9     chocolate and blueberry, right?
10         A.    Yes.
11         Q.    And you mentioned that you
12    are suing Hershey because you think the
13    statement no artificial flavors was
14    false or misleading, right?
15         A.    Yes.
16         Q.    Is there anything else on the
17    label that you think was false or
18    misleading?
19         A.    No.
20         Q.    So you don't think the
21    ingredient list was false or
22    misleading?
23         A.    No.
24         Q.    Okay.  And -- sorry.  Do you
25    have any records of the purchases you
```

Page 37

1    made of the Brookside products?

2         A.    Do I have records?

3         Q.    Yes, like either through a

4    receipt or through like a club account

5    with a store or anything like that?

6         A.    No.

7         Q.    Okay.  And you mentioned

8    buying them at a Publix in south

9    Florida.  And did you say you were

10   living down in Florida at the time?

11        A.    Yes, up until 2014.

12        Q.    Okay.  So while you were down

13   in Florida, you were buying the

14   products every three months, and you

15   bought them at a Publix; is that right?

16        A.    Yes.

17        Q.    What town was that in?

18        A.    Palm Beach Gardens, Jupiter.

19        Q.    Palm Beach Gardens or

20   Jupiter, or are they the same thing?

21        A.    They're next to each other.

22        Q.    So which is the Publix in?

23        A.    Palm Beach Gardens.

24        Q.    Do you remember buying it

25   anywhere else down in Florida?

Page 38

```
 1         A.     Yes, at CVS in Jupiter.
 2         Q.     CVS in Jupiter.   Anywhere
 3    else?
 4         A.     CVS in Palm Beach Gardens,
 5    maybe Publix in Jupiter.
 6         Q.     And that's all the places you
 7    can remember buying it in Florida?
 8         A.     In Florida, yes.
 9         Q.     All right.  And then in 2014,
10    you said you relocated to New York?
11         A.     Correct.
12         Q.     And you continued your every
13    three-month or so purchases of the
14    products?
15         A.     Correct.
16         Q.     And you -- where did you buy
17    the products in New York?
18         A.     Unfortunately, not Publix.
19         Q.     Very unfortunate.
20         A.     Stop & Shop.
21         Q.     Sorry.
22         A.     Stop & Shop, CVS in
23    oceanside.
24         Q.     So you live in oceanside?
25         A.     Yes.
```

Page 39

1      Q.      So you bought it at the Stop
2  & Shop there?
3      A.      Yes.
4      Q.      You bought it at the CVS
5  there?
6      A.      Yes.
7      Q.      Anywhere else you can
8  remember buying it?
9      A.      No.
10     Q.      Okay.  And just to close this
11  loop, because I know we're sort of
12  dealing with two different flavors
13  here, so you mentioned that you looked
14  at the ingredient list of the Açai &
15  Blueberry product before you bought it.
16             Did you look at the
17  ingredient list of the pomegranate
18  product before you bought it?
19     A.      Yes.
20     Q.      And you don't claim now that
21  there was anything false or misleading
22  about either of those ingredient lists,
23  do you?
24     A.      No.
25     Q.      So throughout this period

1     that you were buying the products, up

2     until you, as you say, learned that

3     they contained artificial flavors, were

4     you satisfied with the products?

5          A.    Yes.

6          Q.    So you liked the way they

7     tasted?

8          A.    Yes.

9          Q.    Did you think the Açai &

10    Blueberry tasted like blueberry?

11         A.    Yeah.

12         Q.    Did you think the pomegranate

13    tasted like pomegranate?

14         A.    More tart, yeah.

15         Q.    The pomegranate was more tart

16    than the Açai & Blueberry?

17         A.    Maybe a little bit.

18         Q.    So did the two flavors taste

19    a little bit different from each other?

20         A.    A little bit.

21         Q.    Okay.  And so you ate the

22    product yourself, right?

23         A.    Yes.

24         Q.    And who else in your

25    household ate them?

1        A.     My children.

2        Q.     So you gave your daughter the

3    Brookside products starting when she

4    was about one?

5        A.     Yes.

6        Q.     And then until she was --

7    well, recently, so until she was like

8    seven?

9        A.     Yes.

10       Q.     Okay.  By the way, your

11   daughter has a much more sophisticated

12   palate than mine.  Good for you.  We'll

13   have to talk about what you're doing

14   after this is up.

15              And so your son also ate the

16   product every so often starting when he

17   was how old?

18       A.     Maybe about the same, a year

19   or so.

20       Q.     And up until you stopped

21   buying them in 2018?

22       A.     Correct.

23       Q.     And you said you liked dark

24   chocolate.  Are there other dark

25   chocolate products you've bought in the

Page 42

1    past five years?

2         A.    I like all chocolate.

3         Q.    Okay.  So all chocolates.  So

4    are there other chocolate products

5    you've bought in the past five years?

6         A.    Sure.

7         Q.    So what are some of those?

8         A.    M&Ms, Snickers.  Are we

9    talking about like Halloween?  We buy

10   everything.

11        Q.    Well, let's lay aside

12   Halloween.  Kind of just like --

13        A.    Okay.

14        Q.    -- a treat for your kids --

15        A.    Sure.

16        Q.    -- or a snack for yourself.

17   M&Ms, Snickers, you buy those for those

18   reasons?

19        A.    Yeah.

20        Q.    Anything else, in terms of a

21   chocolate product?

22        A.    100 Grand.

23        Q.    Okay.  That's a good classic

24   one.  And --

25        A.    Peanut M&Ms.

Page 43

```
 1           Q.     Okay.   So those are kind of
 2    your go-to candies, M&Ms, Snickers, 100
 3    Grand?
 4           A.     Mm-hmm.`
 5           Q.     Do you know if those contain
 6    artificial flavors?
 7           A.     I would assume they do,
 8    because they do not -- they're not
 9    labeled.
10           Q.     So you don't avoid artificial
11    flavors in everything you buy?
12           A.     I try, but not everything.
13           Q.     Okay.   And what was it --
14    when you bought the Brookside products,
15    what was it that made you decide that
16    you wanted to avoid artificial flavors
17    in that case?
18           A.     So I just became a parent,
19    and buying more natural, organic,
20    non-GMO became a lot more important.
21           Q.     And do you recall seeing any
22    statement that the Brookside products
23    were organic?
24           A.     No.
25           Q.     Do you recall seeing any
```

```
1    statement that they were non-GMO?
2         A.    No.
3         Q.    Do you recall seeing any
4    statement other than the artificial
5    flavors statement that suggested to you
6    that they were natural?
7         A.    Yes.
8         Q.    What was that?
9         A.    I recall seeing that it was
10   natural flavors, natural product.
11        Q.    Okay.  Why don't we go ahead
12   and mark one of these.  So let's -- I'm
13   actually going to mark both of these at
14   the same time, the pomegranate and the
15   Açai & Blueberry --
16        A.    May I get more hot water?
17             MS. METCALF:  Sure.  Do you
18        want to take a break or --
19             MR. HOUCHIN:  Yes, if we
20        could go off the record for
21        five maybe minutes for a short
22        break.
23             THE WITNESS:  I just need
24        water because I have the air
25        conditioning blowing right on me.
```

Page 45

```
 1              MS. METCALF:  Do you want to
 2        take a break or do you want to just
 3        let her get up and get water?
 4              MR. HOUCHIN:  Yes, you can
 5        just get water, unless you need a
 6        break.
 7              THE VIDEOGRAPHER:  Just a
 8        reminder, we're still on the vide
 9        record.
10              MS. METCALF:  Yes.
11              THE WITNESS:  Thank you.
12              MS. METCALF:  He'll mark
13        these.
14              (Exhibit 1, marked for
15        identification, A Package For the
16        Açai & Blueberry Flavored Brookside
17        Product.)
18              (Exhibit 2, marked for
19        identification, A Package For the
20        Pomegranate Flavored Brookside
21        Product.)
22         Q.    Okay.  So, Ms. Pirrone,
23   you've got in front of you Exhibit 1,
24   which is a package for the Açai &
25   Blueberry flavored Brookside product,
```

Page 46

1    and Exhibit 2, which is a package for

2    the pomegranate flavored Brookside

3    product.

4              And I understand you can't

5    remember every detail, but is this

6    about what you recall the packages

7    looking like that first time you bought

8    the product in 2010 or 2011?

9        A.    Yes.

10       Q.    And do you recall the product

11   label changing at any point during the

12   period that you were purchasing it?

13       A.    No.

14       Q.    And you mentioned that the

15   product packaging led you to believe it

16   was natural.  What does natural mean to

17   you?

18       A.    This looks like a natural

19   blueberry.

20       Q.    Well, I'm asking a little

21   different question.  I'm asking what

22   does natural mean to you?

23       A.    Healthier.

24       Q.    Okay.  So you believe that

25   the products were healthier than what?

Page 47

```
 1        A.    A non-natural product, a
 2  product consumed -- produced in a lab
 3  versus a tree or a plant.
 4        Q.    So did you think that the
 5  product had more nutrients than other
 6  chocolate products?
 7        A.    That this is much healthier
 8  than a peanut M&M.
 9        Q.    So you believed it was
10  healthier than a peanut M&M.  And can
11  you tell me what on the product made
12  you think it was healthier than a
13  peanut M&M?
14        A.    There's a fruit, a berry,
15  with lots of antioxidants.
16        Q.    So there was a picture of a
17  blueberry on it, correct?
18        A.    Correct.
19        Q.    And that's what made you
20  think it was healthier than a peanut
21  M&M?
22        A.    Yes.
23        Q.    And that's because a
24  blueberry is healthier than an M&M?
25        A.    Correct.
```

Page 48

1      Q.    And you also mentioned you
2   turned over the product and you looked
3   at the ingredient list --
4      A.    Yes.
5      Q.    -- before buying it; is that
6   right?
7      A.    Yes.  And in 2011, I didn't
8   need these, but...
9      Q.    Well, 2011 was a while ago.
10  And did you see blueberry on the list
11  of ingredients here?
12     A.    On the list of ingredients?
13     Q.    Right.
14     A.    This is the blueberry?
15  Raspberry, blueberry, apple, cranberry,
16  yes.
17     Q.    Well, so, to be clear, so
18  looking at the ingredient list here, it
19  says, "Apple juice concentrate,
20  raspberry juice concentrate, blueberry
21  juice concentrate."
22     A.    Mm-hmm.
23     Q.    So what, in your
24  understanding, is blueberry juice
25  concentrate?

Page 49

1          A.     Juice from a blueberry.

2          Q.     Okay.  So you understood

3     based on this ingredient list that

4     there was juice concentrates in the

5     product?

6          A.     Yes.

7          Q.     And that's what led you to

8     believe that it was more natural?

9          A.     Yes.  Plus it's in big bold

10    letters, different colors that there's

11    nothing artificial here.

12         Q.     Okay.  So you believed that

13    the product was more natural because it

14    said no artificial flavors and because

15    it said that it had these juice

16    concentrates in the ingredient list?

17         A.     Correct.

18         Q.     And are you claiming now in

19    your lawsuit that it doesn't actually

20    have those juice concentrates?

21              MR. HOUCHIN:  Objection,

22        form.  You can answer.

23              THE WITNESS:  I can answer?

24              MR. HOUCHIN:  Yes, go ahead

25        and answer.

Page 50

1     A.     That it does not contain

2  concentrate?

3     Q.     Right.  Are you saying it

4  doesn't have these juice concentrates

5  in it?

6     A.     No.

7            MR. HOUCHIN:  Same objection.

8     Q.     Okay.  So, as you understand

9  it, these statements that there were

10 juice concentrates were true?

11    A.     Yes.

12    Q.     So I'm trying to under -- I'm

13 just trying to understand, and I don't

14 mean to belabor this, what is on this

15 -- what was on this package when you

16 bought it the first time that you now

17 think was misleading, other than the no

18 artificial flavors claim?

19    A.     That there are ingredients in

20 the list that are not all natural, that

21 are, in fact, artificial.

22    Q.     Well, so you think no

23 artificial flavors is false or

24 misleading for that reason, right?  Is

25 there any other --

Page 51

1      A.     And colors.

2      Q.     Is there any other statement

3  on the label that you think is not

4  true?

5      A.     No.

6      Q.     And does that also go for

7  Exhibit 2, the pomegranate product?

8      A.     Yes.

9      Q.     Yes?

10      A.     Yes.

11      Q.     Okay.  So the statement that

12  you now claim is misleading is just no

13  artificial flavors?

14      A.     Color.

15      Q.     You claim no artificial

16  colors is misleading?

17      A.     It says no artificial flavors

18  and colors.

19      Q.     Right.  So you think there

20  are artificial colors in the product?

21      A.     I'm under the assumption that

22  if there's no artificial flavors, then

23  can the colors be natural as well, or

24  artificial as well?  I assume that they

25  go hand in hand.

Page 52

```
 1        Q.     Well, just separate and apart
 2   from whether they go hand in hand.  You
 3   mentioned you do think there are
 4   artificial flavors in the products, and
 5   we'll talk a little bit more about that
 6   later.  But I'm asking, do you also
 7   claim that the statement no artificial
 8   colors was not true?
 9        A.     I don't know.
10        Q.     You don't know whether no
11   artificial colors was not true?
12        A.     I'm assuming that it's not
13   true.
14        Q.     You're assuming that?
15        A.     Yes.
16        Q.     Why are you assuming that?
17        A.     Because I just assume that
18   the flavors and the colors go hand in
19   hand, so if one is false, then the
20   other one is likely false.
21        Q.     But you don't have a
22   particular ingredient that you think is
23   in the product that is an artificial
24   color, correct?
25        A.     Correct.
```

Page 53

1        Q.    Okay.   So you basically doubt

2   no artificial colors now, because you

3   think no artificial flavors was false?

4        A.    Correct.

5        Q.    But you don't know of an

6   artificial color that's in the product?

7        A.    Correct.

8        Q.    Okay.  Now, you mentioned

9   that throughout the period, the

10  seven-year or so period that you were

11  buying the product, you don't recall

12  any particular changes to the way the

13  packaging looked?

14       A.    I always recall it being

15  white, clean, with the picture of the

16  berry and chocolate.

17       Q.    So is that no, you don't

18  recall any changes to it?

19       A.    No.

20       Q.    Okay.  So you don't recall

21  any changes to the product packaging?

22       A.    Correct.

23       Q.    Did your understanding of

24  whether there were artificial flavors

25  in the product change at all throughout

Page 54

1    the period you were buying it?

2         A.    No.

3         Q.    So the whole time you thought

4    that it did not contain artificial

5    flavors?

6         A.    Correct.

7         Q.    And did anything else about

8    your understanding of which ingredients

9    were in the product change throughout

10   the period that you were buying the

11   product?

12        A.    No.

13        Q.    And you said that throughout

14   the period you were buying these

15   products, you were happy with the way

16   they tasted?

17        A.    Yes.

18        Q.    Your family liked them?

19        A.    Yes.

20        Q.    And, sorry, it was just you

21   and your kids who ate them, or your

22   husband as well?

23        A.    He might have.

24        Q.    And did you ever have friends

25   over and have them at a party or

1    anything like that?

2         A.    No.

3         Q.    And were you -- are you

4    contending now that when you ate the

5    products, they made you or your family

6    sick in any way?

7              MR. HOUCHIN:  Objection,

8         form.  You can answer.

9              THE WITNESS:  Oh, I thought

10        an objection I can't answer.

11             MR. HOUCHIN:  No. Go ahead

12        and answer, unless I instruct you

13        not to answer.

14        A.    No, they didn't make us sick.

15        Q.    So do you think that the

16   products were dangerous or harmful to

17   eat?

18        A.    No.

19        Q.    Okay.  You don't think that

20   your family has suffered any health

21   consequences or you suffered any health

22   consequences from eating them?

23        A.    I hope not.

24        Q.    Well, do you believe that you

25   did?

Page 56

```
 1        A.    No.
 2        Q.    Okay.  After that initial
 3   purchase of the products in 2010 or
 4   2011, did you ever give any further
 5   thought to whether the products
 6   contained artificial flavors?
 7        A.    Can you repeat the question?
 8        Q.    Sure.  After you first bought
 9   the products in 2010 or 2011, did you
10   ever think again about whether they
11   contained artificial flavors?
12        A.    No.
13        Q.    Okay.  Did you ever discuss
14   with anyone your understanding that
15   they didn't contain artificial flavors?
16        A.    No.
17        Q.    And what is an artificial
18   flavor, as you understand it?
19        A.    Something that's probably --
20   that's not a natural flavor, something
21   that is made in a lab.
22        Q.    Okay.  So you think that
23   something is artificial if it's made in
24   a lab?
25        A.    Yes.
```

Page 57

1      Q.    So, in your mind, or as you
2   see it, an artificial flavor is any
3   food or ingredient that's made in a
4   lab?
5      A.    Perhaps.  I'm not a
6   scientist.
7      Q.    Well, I'm not asking as a
8   scientist.  I'm just asking, you know,
9   you mentioned you were interested in no
10  artificial flavors.
11     A.    Correct.
12     Q.    And so when you thought about
13  no artificial flavors, what did that
14  statement mean for you?
15     A.    That it's healthier for me
16  and my family, something good, a treat
17  that is good for us.
18     Q.    You thought it was good for
19  you because it contained nutrients?
20     A.    No.
21         MR. HOUCHIN:  Objection,
22     form.
23     A.    That it contained a more
24  natural fruit with a treat, that is,
25  you know, chocolate.  So it's not a

Page 58

1    meal, it's a treat.

2          Q.    So you thought it was a

3    treat, it wouldn't have the nutritional

4    content of a meal.  Did you think it's

5    nutritional content was different than

6    any other candy?

7          A.    Yes.

8          Q.    Well, did you look at the

9    nutrition facts?

10         A.    Yes.

11         Q.    Okay.  And you're not

12   contending that anything in the

13   nutrition facts was false or

14   misleading, right?

15         A.    No.

16         Q.    So you think it did have 130

17   calories per serving?

18         A.    Yes.

19         Q.    So all these things --

20   looking at Exhibit 1 and Exhibit 2, you

21   think all of these nutrition facts were

22   true?

23         A.    Yes.

24         Q.    Okay.  And so, again, we're

25   only focusing on no artificial flavors;

Page 59

1    that's what you claim as not true,

2    right?

3         A.     Yes.

4         Q.     And I'm just trying to

5    understand, just focusing on that

6    claim, because that's the only one you

7    say is not true, right?

8                Sorry.  So that's the only

9    claim you say is not true, right?

10        A.     Correct.

11        Q.     So what does artificial

12   flavors mean to you as a consumer?  And

13   I understand that you're not a

14   scientist, but you must have had some

15   idea if you were interested in it.

16        A.     Mm-hmm.

17        Q.     So what is an artificial

18   flavor to you?

19        A.     So, something that is perhaps

20   not generated from an actual

21   pomegranate or blueberry.

22        Q.     Okay.  So as you understood

23   it, an artificial flavor was a flavor

24   that wasn't generated from a fruit or

25   vegetable?

1      A.      Correct.  From these
2  particular fruits and vegetables.
3      Q.      Okay.  So looking back at
4  Exhibit 1, when you saw like cranberry
5  juice concentrate, did you think this
6  was an artificial flavor?
7      A.      No.
8      Q.      Why not?
9      A.      Because it came from a
10  cranberry.
11      Q.      Well, I'm sorry, I thought
12  you said that you thought that
13  artificial flavor was anything that
14  didn't come from these particular
15  fruits and vegetables.  I'm looking at
16  the Açai & Blueberry.
17      A.      Right.  Blueberry is included
18  here, so it's coming from a blueberry.
19      Q.      Right, but I'm asking you --
20  you mentioned you thought an artificial
21  -- and I don't want to put words in
22  your mouth.  If you want to say that's
23  not what I meant, go ahead and clarify.
24  But I thought I understood you to say
25  that an artificial flavor was a flavor

Page 61

1    that wasn't generated from these

2    particular fruits and vegetables, Açai

3    & Blueberry.

4         A.    Mm-hmm.

5         Q.    And so I'm just asking, did

6    you think that cranberry juice

7    concentrate was an artificial flavor

8    because it wasn't generated from açai

9    and blueberry?

10        A.    No.

11        Q.    Okay.  So just help me

12   understand what you believed was and

13   was not an artificial flavor, because

14   if you thought cranberry juice

15   concentrate wasn't, then you must have

16   thought some things were artificial

17   flavors and didn't come from these

18   particular açai and blueberry fruits,

19   right?

20        A.    Words here that I can't

21   pronounce that do not contain berry or

22   some sort of fruits that I'm familiar

23   with.

24        Q.    Okay.

25        A.    But this ingredient label

Page 62

```
1    contains many fruits that I'm very well
2    aware of.
3         Q.    Yes, they're pretty familiar
4    fruits, right, raspberry --
5         A.    Yes.  If they didn't have a
6    fruit in here, then I would ask what
7    the heck was it made out of.  What is
8    the blueberry component made of, I
9    don't see any fruits in here or
10   blueberry.
11        Q.    Sure.  So looking at the
12   concentrates, you can see that there
13   were flavors from the actual fruits?
14        A.    Correct.
15        Q.    And so you thought that no
16   artificial flavors meant we have
17   flavors from the actual fruits?
18        A.    But not from the actual
19   fruit.
20        Q.    Sorry.  Again, I'm not trying
21   to belabor this, I'm just trying to
22   understand what you think an artificial
23   flavor is.  And I feel like, you know,
24   we haven't quite communicated on that
25   yet.
```

1          So, again, when you -- why
2   don't we take it out of this product.
3   When you said you try to avoid
4   artificial flavors in general --
5          A.    Mm-hmm.
6          Q.    -- okay, when you think about
7   an artificial flavor, what do you think
8   of?  What's an artificial flavor, in
9   your mind?
10         A.    Soda.
11         Q.    Soda, the whole thing is an
12  artificial flavor?
13         A.    Like Coca Cola.
14         Q.    And so you think Coca Cola
15  contains artificial flavors?
16         A.    Yes.
17         Q.    What makes you think that?
18         A.    It's not derived from any
19  particular fruit, plant or vegetable,
20  it's made in a scientific lab, I would
21  presume.  I haven't been to a Coca Cola
22  factory, where they make Coca Cola.
23         Q.    I don't think they let anyone
24  into those.  Sorry, go ahead.
25         A.    Yeah.

Page 64

1      Q.     So are you saying you think
2    an artificial -- excuse me.   So, in
3    your mind, an artificial flavor is a
4    food ingredient that is not derived
5    from a --
6      A.     From a natural source.
7      Q.     Such as a fruit, plant or
8    vegetable?
9      A.     Correct.
10      Q.     Okay.   So when you see no
11   artificial flavors, you think no
12   ingredients derived from a fruit, plant
13   or -- excuse me, let me start that
14   over.
15           So when you see no artificial
16   flavors, you think this is a product
17   where all the ingredients are derived
18   from a fruit or a plant or a vegetable?
19      A.     Yes.
20           MR. HOUCHIN:   Objection,
21      form.
22      Q.     Okay.   And so when you looked
23   at this ingredient list on Exhibit --
24   Exhibit 1 and also Exhibit 2, you
25   thought that all of these ingredients

Page 65

1    were derived from a fruit, plant or

2    vegetable?

3        A.    Yes.

4        Q.    Okay.  And have you ever

5    heard of aspartame?

6        A.    Yes.

7        Q.    Do you think of that as an

8    artificial flavor?

9        A.    Yes.

10       Q.    What about high fructose corn

11   syrup?

12       A.    Yes.

13       Q.    And why do you think of those

14   as artificial flavors?

15       A.    I've been told they are.

16   I've been -- I've read that they are.

17       Q.    Okay.  Do you remember who

18   told you that or where you read it?

19       A.    Plenty of news outlets, you

20   know, collateral.

21       Q.    Okay.

22             MR. HOUCHIN:  Counsel, can we

23       take a short break once you're

24       finished with this line of

25       questioning?

Page 66

1          MS. METCALF:  Let's just go
2     ahead and take one now.
3          THE VIDEOGRAPHER:  We are now
4     off the record.  The time on the
5     video monitor is 11:08 a.m.
6          (Recess.)
7          THE VIDEOGRAPHER:  We are now
8     on the record, the time on the
9     video monitor is 11:16 a.m.
10     Q.    So, welcome back.  Not that
11  we actually went anywhere.  So I just
12  want to ask you a few more questions
13  about your -- this period where you
14  were buying the products.
15          So you mentioned you were
16  satisfied with how they tasted.  And up
17  until 2018, when you came to believe
18  that no artificial flavors was not
19  true, up until that point, did you
20  think that they were about worth what
21  you were paying for them?
22          MR. HOUCHIN:  Objection to
23     form.
24          THE WITNESS:  Do I answer?
25          MR. HOUCHIN:  You can answer.

Page 67

1          A.      No, I certainly realized I
2   was paying a little bit more.
3          Q.      Well, when did you realize
4   that?
5          A.      At the time I purchased them,
6   they were a little bit more, they were
7   pricier than any other treat.
8          Q.      Right.  So you said you paid
9   about 4 to $6 for them?
10         A.      Correct.
11         Q.      But then you paid that again
12  and again --
13         A.      Yes.
14         Q.      -- every so often, right?
15         A.      Right.
16         Q.      So after you bought them the
17  first time, you thought that they were
18  -- it had been 4 to $6 well spent,
19  right, you went and paid 4 to $6 for it
20  again?
21         A.      Correct.
22         Q.      So until you learned that, as
23  you're saying, you think the labeling
24  was false and misleading, until that
25  point you thought they were pricey, but

Page 68

1    worth it for you to pay 4 to $6 for?

2            A.      Correct.

3            Q.      Okay.  And you mentioned you

4    don't think you have a receipt or any

5    other kind of record of the times when

6    you bought these products?

7            A.      I don't have a receipt.

8            Q.      And as far as you know, you

9    don't have like a loyalty account with

10   any of these retailers that shows your

11   purchases?

12           A.      Yes, I'm a loyalty member at

13   CVS.  Whether they keep track of

14   everything, I don't know.

15           Q.      Okay.  So you have mentioned

16   that you bought it at -- in Florida,

17   CVS and Publix, and in New York, CVS

18   and Stop & Shop.

19           A.      Yes.

20           Q.      And you may have already said

21   this, but just to clarify, those are

22   the only specific places you can recall

23   buying the products?

24           A.      Yes.

25           Q.      And you have a CVS loyalty

Page 69

```
1    account; is that right?
2         A.    Yes.
3         Q.    But as far as you know, that
4    doesn't enable you to see everything
5    you've ever bought at CVS?
6         A.    Correct.
7         Q.    Okay.  And did you have a
8    Publix loyalty account when you were in
9    Florida?
10        A.    Yes, yes.
11        Q.    Do you know if that enables
12   you to see anything that you've bought
13   in the past?
14        A.    The GreenWise that I
15   frequented, it's in -- you didn't
16   necessarily need to show any sort of
17   reward card or number to take advantage
18   of any of their sales.
19        Q.    Well, first of all, what's
20   GreenWise?
21        A.    Publix GreenWise.  It was a
22   particular Publix that carried more
23   natural, organic products.
24        Q.    I see.
25        A.    It's no longer there.
```

```
 1          Q.      So -- and you're saying you
 2   didn't always actually present your
 3   card?
 4          A.      Correct.
 5          Q.      But what I'm asking is a
 6   little different, which is, do you
 7   think through your loyalty account
 8   there's any way to find out what you've
 9   bought in the past?
10          A.      I've no -- I wouldn't have
11   any idea.
12          Q.      You don't know of any way?
13          A.      Not unless we call the IT
14   person at Publix or CVS.
15          Q.      Okay.  And you have a Stop &
16   Shop card as well?
17          A.      Yes.
18          Q.      And is it the same thing,
19   where you have the Stop & Shop card,
20   but you don't know of any way to use
21   that to find out what you've bought in
22   the past?
23          A.      Correct.
24          Q.      Do you ever use the Peapod
25   online Stop & Shop?
```

Page 71

1      A.     No.

2      Q.     And you've talked a little

3  bit -- you said during this period, the

4  past seven or eight years, you've also

5  sometimes bought M&Ms and Snickers?

6      A.     Particularly around

7  Halloween.

8      Q.     Okay.  But you've bought

9  those as treats for yourself and your

10 family from time to time, as well,

11 right?

12     A.     We buy a lot during

13 Halloween, so it carries over.

14     Q.     Okay.  And do you recall what

15 you've bought -- what you've paid for

16 M&Ms and Snickers, typically?

17     A.     A dollar.  You know, two bags

18 for a dollar, maybe 50 cents.

19     Q.     Two of like the single

20 serving bags?

21     A.     Yeah, the little bags.

22     Q.     Are you talking about the

23 fun-sized ones you buy for Halloween,

24 or are you talking about the ones for

25 --

Page 72

1      A.     Oh, the ones that come in the
2    bag, I mean, I don't know, $20 for a
3    3-pound bag.  I don't remember.
4      Q.     Okay.  So sometimes you buy
5    the single serving packages for a
6    dollar and then other times you buy the
7    bulk package for $20?
8      A.     It's mostly the bulk.
9      Q.     Okay.  And what about
10   Snickers, what unit do you usually buy
11   Snickers in?
12     A.     I don't really -- I don't
13   recall -- my husband likes Snickers, so
14   maybe I will buy one for him at like a
15   -- at the CVS checkout counter.
16     Q.     Okay.  So for like a dollar
17   --
18     A.     Like in the summertime, you
19   put it in the freezer and it's just a
20   summer treat.
21     Q.     Sounds delightful.
22     A.     I don't know.
23     Q.     So it's like a dollar,
24   dollar-fifty?
25     A.     Yeah.

Page 73

1      Q.     Okay.  But you don't really

2   remember specifically what you paid for

3   products like that?

4      A.     A dollar, dollar-fifty.

5   Nothing -- certainly not $4.

6      Q.     Can you remember at any point

7   during the time when you were buying

8   the Brookside product, seeing another

9   chocolate product for sale and deciding

10  you didn't want to purchase it because

11  it had artificial flavors?

12              MR. HOUCHIN:  Objection,

13      form.  You can answer.

14      A.     Did I not purchase Brookside

15  or did I not purchase the other

16  product?

17      Q.     I'm asking besides

18  Brookside --

19      A.     Yeah.

20      Q.     -- is there any chocolate

21  product that you can recall seeing in

22  the grocery store or in CVS and

23  deciding that you didn't want to buy it

24  because it had artificial flavors?

25      A.     Yes.

Page 74

1          Q.      What product is that?

2          A.      The York Peppermint patties,

3     because I like those in the freezer as

4     well.

5          Q.      And you decided to stop

6     buying the York Peppermint Patties

7     because they had artificial flavors?

8          A.      Yeah.

9          Q.      What led you to think that

10    they had artificial flavors?

11         A.      It's not labeled that it's

12    natural.

13         Q.      So you were looking for no

14    artificial flavors on the front, and

15    when you didn't see it --

16         A.      Or the back.

17         Q.      Or the back.  Okay.  So you

18    looked at the York Peppermint Patty

19    package and when you didn't see no

20    artificial flavors, you decided you

21    didn't want to buy it anymore?

22         A.      Yeah.

23         Q.      Okay.  So then going back to

24    the Brookside products.  At some point

25    you stopped buying them, right?

Page 75

1      A.      Mid, late 2018.

2      Q.      Mid to late 2018 you stopped

3   your every few months purchases?

4      A.      Correct.

5      Q.      And so about when was your

6   last purchase?

7      A.      August, September.

8      Q.      Okay.  And why did you stop

9   buying the products?

10     A.      It was brought to my

11  attention that there was a class

12  action -- a lawsuit against them.

13     Q.      Who brought that to your

14  attention?

15     A.      I receive e-mails about every

16  so often about particular products that

17  are being sued.

18     Q.      Who do you receive the

19  e-mails from?

20     A.      I don't recall.

21     Q.      So did you at some point sign

22  up to receive notices of food companies

23  that are being sued for various things?

24     A.      Not just food companies, any

25  company, yes.

Page 76

```
1          Q.     Okay.  You signed up for
2    that?
3          A.     Yes.
4          Q.     Why did you sign up for that?
5          A.     So I'm made aware of
6    potential products that I should
7    discontinue.
8          Q.     Okay.  So when you see a
9    company is getting sued, you typically
10   stop buying the product, if you were
11   buying it?
12         A.     Correct.  Or if I hear about
13   it on the news.
14         Q.     Okay.  And you at some point
15   saw that The Hershey Company was being
16   sued regarding Brookside products?
17         A.     Correct.
18         Q.     When did you see that?
19         A.     Fall last year.
20         Q.     And did you decide right
21   after you saw The Hershey Company was
22   being sued that you didn't want to buy
23   the product anymore?
24         A.     Correct.
25         Q.     And is that because you
```

Page 77

1    learned something or you came to

2    believe something about the products

3    that was different from what you had

4    believed before?

5         A.    Yes.

6         Q.    What did you learn about the

7    products in fall 2018 that caused you

8    to stop buying them?

9              MR. HOUCHIN:   Objection,

10        attorney/client privilege.   I just

11        want to caution my client that

12        anything that you discussed with my

13        law firm or any of its staff

14        regarding that issue, please don't

15        disclose those communications.   To

16        the extent that you learned

17        anything independent of what you

18        learned through your lawyers, you

19        can go ahead and answer.

20        Q.    Well, I mean, whatever

21    knowledge you have, whatever you know

22    about the products now that you -- is

23    different from what you understood

24    before, I'm entitled to know.   I'm not

25    asking you to tell me about your

Page 78

```
1    conversations with your attorneys.
2              So I am asking you to tell
3    me, what do you -- what is different
4    about your understanding of what's in
5    the products now from what your
6    understanding was when you were buying
7    them?
8         A.    Look, if I'm going to buy
9    something that's bad for me, I usually
10   buy -- it's usually at the store for
11   much cheaper.  Unfortunately, anyone
12   who walks into Whole Foods or any
13   natural food store and you're going to
14   buy organic or non-GMO, it's going to
15   cost more.  So if I'm buying a product
16   that's 4 to $6, I expect it to be good
17   for me.  Otherwise, I can just buy the
18   crap that's next to it down the aisle
19   for much cheaper and fully knowing that
20   it can be harmful.
21        Q.    Okay.  I'm trying to drill
22   down to something a little more
23   specific.
24        A.    Okay.
25        Q.    Which is, we've talked about
```

Page 79

1    what you knew about the products when
2    you were buying them and then you
3    decided to stop buying them, right?
4         A.     Right.
5         Q.     What do you -- what did you
6    learn about the Brookside products
7    specifically that made you decide I
8    don't want to buy these anymore?
9         A.     That it's probably not as
10   good for me and my children as I
11   thought it was.
12        Q.     What about the Brookside
13   products did you learn that led you to
14   think that they weren't as good for you
15   and your children as you thought they
16   were?
17        A.     That, in fact, that it -- the
18   label is incorrect and that it does
19   have artificial flavors.
20        Q.     Okay.  So you learned in
21   2018, or you say -- I mean, obviously,
22   I'm saying you claim, you learned, not
23   to mock you, but because I'm Hershey's
24   lawyer, we obviously disagree about
25   this.

Page 80

1           But your position is that you
2    learned in September 2018 that the
3    products contained artificial flavors?
4           A.       Correct.
5           Q.       And what artificial flavors
6    do you now think that they contain?
7           A.       I don't know.
8           Q.       You don't know?
9           A.       What artificial flavors do I
10   think?
11          Q.       Right.
12          A.       I don't know.
13          Q.       Okay.  So you believe the
14   products contain artificial flavors?
15          A.       It says no artificial
16   flavors, no artificial colors.
17          Q.       Well, I'm not asking what the
18   product says.
19          A.       Right.
20          Q.       It definitely says that,
21   right.  So I'm curious, you now think
22   that they have artificial flavors in
23   them.  What artificial flavors do you
24   think are in there?  Is there a
25   particular ingredient that you have in

Page 81

1   mind?

2       A.      No.

3       Q.      Okay.  So you've just

4   received information that they contain

5   artificial flavors, but you don't know

6   what artificial flavors they contain?

7       A.      I don't recall when I read

8   the information that indicated that

9   there's an ingredient that is not

10  natural, that it's artificial and it's

11  included in the production of this

12  product.

13      Q.      Okay.  And now you've said

14  you don't believe that anything on the

15  product's ingredient list is false,

16  right?

17      A.      Do I believe that these

18  ingredients are in this product?

19      Q.      Right.  So we've said --

20  we've established that you think no

21  artificial flavors is not true, right?

22  When you look at that, you think that's

23  not true now, right?

24      A.      I've been -- yes, a scientist

25  did research and identified that

Page 82

1    there's artificial ingredients in here.

2         Q.    Okay.  Well, we'll come back

3    to the scientist part.

4         A.    Okay.

5         Q.    But I'm just curious.

6    Turning this over and I'm looking at

7    Exhibit 1, but I have the same question

8    about Exhibit 2.  Is there anything on

9    this ingredient list that you think is

10   not accurate?

11        A.    No.

12        Q.    Okay.  And that's the same

13   for Exhibit 2, you don't -- you don't

14   think that the ingredient list is

15   inaccurate in any way?

16        A.    Correct.

17        Q.    Okay.  You're just saying

18   it's no artificial flavors is not true?

19        A.    Correct.

20        Q.    So why don't we talk about

21   the -- you mentioned a scientist did

22   research.  What type of research -- so

23   just backing up.

24              Your testimony is that a

25   scientist did some type of research on

Page 83

1    the Brookside products and concluded

2    that they contained artificial flavors?

3             MR. HOUCHIN:   Objection,

4         attorney/client privilege.

5         Anything that you learned from my

6         law office, please don't disclose

7         that.   To the extent that you have

8         independent knowledge, you can

9         answer.

10            MS. METCALF:   Mike, that's

11        not right.   If she learned a fact

12        from your law office, you can't

13        route facts through your law office

14        and make them privileged.

15        Q.    I'm not asking you to tell me

16   anything about your communications.

17   But you -- we can look at your

18   complaint, you've alleged this in your

19   complaint, that a scientist did

20   research.   And I'm entitled to ask you

21   about the allegations in your

22   complaint.

23            So, again, I'm not asking you

24   to tell me about your communications

25   with Mike, but I am asking you to tell

Page 84

```
 1    me, do you know what scientist did this
 2    research on the Brookside products?
 3              MR. HOUCHIN:  You can answer.
 4    Just --
 5         A.    No.
 6         Q.    You don't know what
 7    scientist?  And do you know what type
 8    of research it was?
 9         A.    No.
10         Q.    So you don't know if the
11    scientist performed any tests on the
12    product?
13         A.    I would assume he or she did
14    in order to come to the conclusion.
15         Q.    Okay.  So your understanding
16    is that a scientist did some testing,
17    but you're not sure what exactly it
18    looked like, right?
19         A.    Correct.
20         Q.    And based on that testing, as
21    you understand it, a scientist
22    concluded that the Brookside products
23    contain artificial flavors?
24         A.    One scientist, ten
25    scientists, I don't know how many, have
```

Page 85

1    concluded that there is artificial

2    flavors in this product.

3         Q.    Okay.  And again, not asking

4    you to tell me about your communication

5    with your lawyers, but have you seen

6    any reports from these scientists or

7    results of their work like written

8    down?

9         A.    No.

10        Q.    Okay.  And when you say you

11   don't know how many, you know there is

12   at least one, but you just don't know

13   if other scientists have done the same

14   work?

15        A.    Correct.

16        Q.    Have you been informed of

17   more than one test, or have you only

18   been informed of the one test?

19             MR. HOUCHIN:  Objection,

20        attorney/client privilege.  To the

21        extent you can answer without

22        disclosing attorney/client

23        communications, please do so.

24        A.    I have not been informed.

25        Q.    You haven't been informed of

Page 86

1    what?

2         A.    About the scientific -- the

3    details of the scientific research.

4         Q.    Okay.  So when you say I

5    don't know if it was one or ten

6    scientists, is that just because you

7    don't really know the details of the

8    situation?  In other words -- I'm

9    sorry, that was a bad question.

10             You don't have any particular

11   reason to believe that there was more

12   than one test, right?

13        A.    Correct.  Correct.

14        Q.    And do you know which

15   Brookside products were tested?

16        A.    I would assume all.

17        Q.    Okay.  But you're assuming,

18   you don't know that for sure, right?

19        A.    Correct.

20        Q.    And so the reason that you

21   stopped buying the products is that you

22   learned that a scientist had conducted

23   research and found that they had

24   artificial flavors; is that right?

25        A.    Yes, and I was misled in what

Page 87

1    I was purchasing.

2        Q.    Okay.  But in terms of

3    what -- again, I just want to focus on

4    what you learned about the products

5    that made you think, ugh, I don't

6    really want to buy these anymore, you

7    learned that a scientist had conducted

8    research and found out that they had

9    artificial flavors?

10       A.    Right.

11       Q.    Is there anything else about

12   the products that you learned that

13   influenced your decision to stop buying

14   them?

15       A.    No.

16       Q.    Okay.  Do you know whether

17   the artificial flavors in the product

18   that the scientists found were in the

19   dark chocolate part or the fruit part?

20       A.    I don't know.

21       Q.    Okay.  And that wasn't

22   important to you, you didn't -- you

23   just wanted a product that didn't have

24   artificial flavors?

25       A.    Correct.

Page 88

1        Q.    Okay.  Have you ever heard of
2   -- well let me ask it this way.  So
3   looking back at the -- Exhibit 1, the
4   ingredient list, so about like halfway
5   down there's an ingredient called malic
6   acid.
7        A.    Mm-hmm.
8        Q.    Do you know what that is?
9        A.    No.  It doesn't sound nice.
10       Q.    Do you know if that occurs --
11  if malic acid occurs naturally in
12  fruits or vegetables?
13       A.    Well, I know that some fruits
14  are acidic, so the acid part I assume
15  is some sort of natural, but the malic,
16  I don't know what that is.
17       Q.    Okay.  Did you ever notice
18  malic acid on this ingredient list
19  during the time that you were buying
20  the product?
21       A.    I saw a lot of the fruit, I
22  don't recall seeing malic acid.
23       Q.    Okay.  But we've talked
24  about, you did read the ingredient list
25  before you bought the products, right?

Page 89

```
 1        A.    Yes.
 2        Q.    And --
 3        A.    I always make sure I look at
 4   the first five, because they always say
 5   the first handful are the most abundant
 6   in a product.
 7        Q.    So you read the ingredient
 8   list and you focused especially on the
 9   first five?
10        A.    Yeah.  The first couple of
11   lines, those are the most abundant in a
12   product.  And as you go down the list,
13   it becomes less and less.
14        Q.    Sure.  And you don't recall
15   focusing specifically on malic acid
16   when you were reading this list?
17        A.    No.  I don't know if that's
18   the culprit.
19        Q.    And I take it that you didn't
20   have any -- throughout the time you
21   were buying the products, you didn't
22   have any expectation one way or the
23   other about the way the malic acid was
24   made for use in the products?
25        A.    No.
```

1      Q.     And you didn't have any
2   expectation one way or another about
3   the function that malic acid served in
4   the products?
5      A.     No.  But it's probably not
6   bad, because it says no artificial
7   colors and no artificial flavors.
8      Q.     Well, again, so laying aside
9   whether it's bad, I'm just asking, you
10  didn't have any understanding when you
11  were buying the products about why The
12  Hershey Company used malic acid in the
13  product; is that right?
14     A.     Correct.
15     Q.     Okay.  And so do you know one
16  way or the other whether malic acid
17  occurs in nature?
18     A.     No.
19     Q.     So you don't know whether
20  it's found in particular fruits or
21  vegetables?
22     A.     No.
23     Q.     Okay.  Do you know if there's
24  more than one way to produce malic acid
25  for use in food?

Page 91

1        A.      No.

2        Q.      Okay.  So going back to what

3   you learned about the products that

4   made you want to stop buying them.  You

5   said you found out that the no

6   artificial flavors claim was false.

7               And so you've also said that

8   you are not saying anything in the

9   ingredient list was false, right?

10       A.      Yes.

11       Q.      So is it your understanding

12   that Hershey used an artificial flavor

13   in the product and did not disclose it

14   at all in the ingredient list?

15       A.      Yes.

16       Q.      Okay.  So you believe that

17   Hershey used an artificial flavor in

18   the product and left it off this

19   ingredient list?

20       A.      No, not necessarily.

21       Q.      Okay.  So you mentioned you

22   were not sure what the artificial

23   flavor is that is used, correct?

24       A.      Correct.

25       Q.      So my question is:  Are you

Page 92

1    claiming that one of these ingredients

2    is an artificial flavor, one or more of

3    these ingredients is an artificial

4    flavor, or are you claiming that

5    Hershey used an artificial flavor and

6    didn't put it on this ingredient list?

7         A.    I hope that's not the case.

8    But no, I'm assuming that one of these

9    ingredients is -- makes true -- makes

10   false the fact that it's no artificial

11   flavors.

12        Q.    So you believe that one of

13   the listed ingredients on this

14   ingredient list is an artificial

15   flavor?

16        A.    Yes.

17        Q.    But you're not sure which of

18   them is?

19        A.    No, but malic acid does not

20   sound like something that should be in

21   here.

22        Q.    Are there any other

23   ingredients on this list that you now

24   think are artificial flavors?

25        A.    No.  Like I said, there's

Page 93

1   lots of fruits with concentrate.  That

2   all sounds natural.  The derivative of

3   malic is mal, which is bad, right?  So

4   it's stuck there in the middle, fourth

5   line down --

6        Q.    Okay.  But, again, you're not

7   -- you haven't claimed that Hershey

8   ever left malic acid off the ingredient

9   list; is that right?

10       A.    Correct.

11       Q.    Okay.  So you've now come to

12  suspect that one of these ingredients

13  on this list is an artificial flavor?

14       A.    Yes.

15       Q.    And you think it may be malic

16  acid?

17       A.    It sounds like the worst

18  ingredient on this list, so perhaps,

19  yes.

20       Q.    So you think that malic acid

21  sound bad, so that's what's making you

22  think it's probably the artificial

23  flavor?

24       A.    In my research during being

25  notified that in fact I was misled,

Page 94

1    that there is artificial flavors in

2    this product, I read that malic acid

3    was perhaps one of the ingredients that

4    does not make it -- that makes it

5    artificial.

6         Q.    You think it was one of the

7    ingredients that make it artificial?

8         A.    Yes.

9         Q.    Are there any others?

10        A.    One or the.

11        Q.    Hmm?

12        A.    One or the product, the

13   ingredient.

14        Q.    One or the?

15        A.    One -- either the only

16   product or one of others.

17        Q.    Got it.

18        A.    But I don't recall others.

19        Q.    So you think malic acid may

20   have been the ingredient that is an

21   artificial flavor, but you're not sure

22   if there are also others?

23        A.    Correct.

24        Q.    And again, you don't know --

25   you mentioned some scientific testing

Page 95

1    you learned about, but you're not sure
2    what was -- what in particular was
3    discovered through that scientific
4    testing?
5        A.    That there's an artificial
6    ingredient, flavor in this product.
7        Q.    Okay.  And -- but you're not
8    sure which artificial ingredient was
9    discovered?
10       A.    I recall malic acid because,
11   like I said, I remember the derivative
12   of malic is mal, which is bad.
13       Q.    Well, I'm just trying to
14   understand.  So malic acid is on the
15   ingredient list, right?
16       A.    Mm-hmm.
17       Q.    So what did the testing
18   uncover as you understand it, or maybe
19   you just don't know, which is fine, but
20   what did the testing uncover that you
21   didn't know before about ingredients in
22   the product?
23               MR. HOUCHIN:  Objection,
24       attorney/client privilege.  Same
25       instruction as last time.

Page 96

1      A.     I'm -- I don't believe that

2   Hershey's left out an ingredient, but

3   that all of the ingredients here are

4   not necessarily natural, and that, in

5   fact, one of these ingredients

6   falsifies the fact that there are no

7   natural -- no artificial flavors.

8      Q.     Okay.  And I'm just trying to

9   understand if there is any -- so you

10  believe that all of the ingredients in

11  the product were natural, and then you

12  learned about this --

13     A.     Says so.

14     Q.     -- scientific testing.  And

15  I'm just trying to understand what fact

16  you learned from the scientific testing

17  that led you to believe that the

18  ingredients weren't all natural?

19           MR. HOUCHIN:  Objection,

20      attorney/client privilege.  And the

21      same instructions.

22           MS. METCALF:  It's a fact,

23      it's not an attorney/client

24      privileged communication.

25     A.     That malic acid is not in

Page 97

1    fact natural.

2              MS. METCALF:   Why don't we

3         take a quick break.

4              THE VIDEOGRAPHER:   We are now

5         off the record.   The time on the

6         video monitor is 11:52 a.m.

7              (Recess.)

8              THE VIDEOGRAPHER:   We are now

9         on the record, the time on the

10        video monitor is 12:00 p.m.

11        Q.    So thanks for bearing with me

12   this far, Ms. Pirrone.  I just want to

13   ask a few more questions to make sure I

14   understand what you've learned about

15   the products to led you to stop

16   purchasing them.

17              So sitting here today, do you

18   have any understanding of why Hershey

19   uses malic acid in the products?

20        A.    No.

21        Q.    And sitting here today, did

22   you have any understanding of how

23   Hershey obtains or generates the malic

24   acid that it uses in the products?

25        A.    No.

1    Q.    And do you have any quarrel

2  with or objection to the way that malic

3  acid is listed on the ingredient list

4  on Exhibits 1 and 2?

5    A.    No.

6    Q.    And if you learned that

7  Hershey used malic acid in the

8  Brookside products as a preservative,

9  would that make you interested in

10 buying the products again?

11   A.    Would it make me interested

12 in buying the product again?  I don't

13 think so.

14   Q.    Have you ever heard of

15 something called DL malic acid?

16   A.    DL malic acid?

17   Q.    Yes.

18   A.    No.

19   Q.    And you claim in this lawsuit

20 that if you had known that these

21 Brookside products contain artificial

22 flavors, you wouldn't have bought them

23 or you would have paid less for them;

24 is that right?

25   A.    Yes.

Page 99

1    Q.    So you think 4 to $6 was too
2    much for a product that contained
3    artificial flavors?
4    A.    Yes.
5    Q.    How much would you have been
6    willing to pay if you had liked the
7    taste just as much, but you'd known
8    they had artificial flavors?
9    A.    Half.
10   Q.    Okay.  So you would have paid
11   like 2 to $3 if you had known these had
12   artificial flavors; is that right?
13   A.    Correct.
14   Q.    And you're just coming up
15   with that figure based on your sense as
16   a consumer of what things are worth to
17   you?
18   A.    Correct.
19   Q.    And let's say -- and to be
20   clear, I'm not suggesting this is going
21   to happen, but I'm just asking, let's
22   say Hershey repaid you that difference
23   for every bag you had ever bought, the
24   difference between 2 to $3 or 4 to $6,
25   would that address all of your concerns

Page 100

```
 1    and all of your complaints?
 2         A.    No.
 3         Q.    What would you need to
 4    address all of your concerns?
 5         A.    Hershey is an American brand.
 6    As a consumer, as a mother, it's
 7    associated as being a fun brand.  And
 8    there's a level of trust that goes with
 9    the history.  So if Hershey's is
10    labeling a fruit, a chocolate covered
11    fruit and letting me know that it's
12    probably healthier for me to serve this
13    to my child as a treat than an M&M or,
14    I don't know, a Reese's Peanut Butter
15    Cup, it's just -- it's misleading, I
16    guess, the fact it says no artificial.
17    And yet, a scientist identified
18    something that is making this claim
19    false.
20         Q.    Okay.  So I understand your
21    position is that the product was
22    misleading, the product packages was
23    misleading.  But I'm asking you a
24    little bit of a different question,
25    which is, what would you want to feel
```

Page 101

1    like you've been compensated for what

2    you think was done wrong, you

3    personally?

4              MR. HOUCHIN:   Objection,

5        form.   You can answer.

6        Q.     And I said what if Hershey

7    provided you with the difference

8    between what you think they were worth

9    and what you actually paid.   Is there

10   any other compensation you would want

11   to make you whole?

12             MR. HOUCHIN:   Same objection.

13       A.     That would be nice, thank

14   you.   But --

15       Q.     Again, I'm not offering.   I'm

16   just asking what your claims are?

17       A.     I would accept it, but I

18   don't -- I'm not going to continue

19   purchasing it so long as this labeling

20   continues, or maybe perhaps they want

21   to remove the ingredient that is making

22   it -- making this claim false, and

23   remove the malic acid or any other

24   ingredients in here that is artificial.

25       Q.     Okay.   So just -- let's just

Page 102

1    close the loop on that and then we'll
2    talk about purchasing in the future.
3              So in terms of money loss
4    that you think you suffered, because of
5    -- you're claiming you suffered because
6    of this.
7         A.    Right.
8         Q.    There is no money loss other
9    than the difference between what you
10   think it was worth and what you
11   actually paid, right?
12        A.    There is money loss, because
13   I purchased -- I spent double thinking
14   it was something healthier for myself
15   and children.
16        Q.    Right.  And I'm asking what
17   if Hershey paid you back that 2 to $3
18   extra that you think you -- that you
19   maintain that you paid for these
20   products because of that claim.
21        A.    Okay.
22        Q.    Then would you feel you've
23   been compensated for your losses?
24              MR. HOUCHIN:  Objection,
25      form.

Page 103

1        A.      Sure.

2        Q.      And you mentioned that you're

3   not going to buy the product again.

4               MR. HOUCHIN:   Objection,

5        misstates prior testimony.

6        Q.      Sorry.   Are you interested in

7   buying -- I won't state your testimony

8   at all.   Are you interested in buying

9   Brookside products again in the future?

10       A.      These particular products?

11       Q.      Yes.

12       A.      No.

13       Q.      And that's because you think

14  they're misleadingly labeled?

15       A.      Yes.

16       Q.      And what if Hershey changed

17  the way that the product was labeled,

18  could you potentially be interested in

19  buying the products again?

20       A.      No.

21       Q.      Why not?

22       A.      Not at the same price point.

23       Q.      So if Hershey removed the

24  claim no artificial flavors, you would

25  not be interested in purchasing the

Page 104

1    product again?
2        A.      Correct.
3        Q.      What if they changed -- what
4    if Hershey changed the way the product
5    was made in some way, then would you be
6    interested in buying it, in the product
7    again?
8        A.      If there was no artificial
9    flavors in here, then yes.
10        Q.      Okay.  And can you tell me
11    what, as specifically as you can -- and
12    I understand you're not a scientist,
13    but I'm just trying to understand what
14    your claims are.
15            So with -- as specifically as
16    you can, can you tell me what would
17    Hershey have to change about the
18    product in order to make you interested
19    in buying it again?
20        A.      Remove the artificial
21    ingredient or ingredients.
22        Q.      And that's the most
23    specifically that you can tell me what
24    you want Hershey to do?
25        A.      Yes.

Page 105

1      Q.     So you're not sure sitting
2  here today exactly what changes to the
3  ingredients you want Hershey to make;
4  is that right?
5      A.     As you stated, I'm not a
6  scientist, I'm just a consumer and a
7  mother, but I'm assuming malic acid
8  should not be here, and that is the
9  ingredient that is making it
10 artificial.  So if that was removed, if
11 it can be removed in order to preserve
12 what's in this bag until 2020 --
13     Q.     Okay.
14     A.     -- then I would --
15     Q.     So your guess --
16     A.     -- purchase it again.
17     Q.     Can I ask you -- and I'm not
18 trying to put words in your mouth, I'm
19 just trying to understand what you're
20 saying.  So your best guess as to how
21 Hershey would change the ingredients so
22 that you would be interested in buying
23 the products again is that it would
24 remove malic acid?
25     A.     Yes.

Page 106

1    Q.    But you're not 100 percent
2  sure that you would be interested in
3  buying the products again if that
4  happened?
5    A.    No, I would be interested in
6  purchasing the product again if the
7  artificial ingredients were removed.
8    Q.    Okay.  So let's break out two
9  different things here.  So you are it
10  sounds like, pretty sure that you would
11  want to buy the products again if you
12  again had confidence that there were no
13  artificial ingredients in them; is that
14  right?
15    A.    Put me in front of, you know,
16  the shelf at the store.  Am I going to
17  be pissed off that Hershey's now is no
18  longer -- took out that ingredient, and
19  I know that and -- I don't know.  I
20  don't -- maybe.  Maybe, maybe not.  As
21  a consumer for so many years, I was
22  misled, basically.
23    Q.    So you might be interested in
24  buying the products again if there were
25  no artificial ingredients, but you're

1    feeling upset --

2         A.    And they funded cancer

3    research for millions of dollars, sure.

4    And I saw that they did something good

5    with recovering their mistake.

6         Q.    I see.  So you're not sure

7    that a change to the ingredients would

8    make you interested in buying the

9    products again, because you feel upset

10   that you think Hershey misled you?

11        A.    Yes.

12        Q.    And then shifting gears to

13   what ingredient change you would want

14   to even consider buying the products

15   again, you're not sure exactly what

16   that change would be, but your best

17   guess is that it would be removing

18   malic acid; is that right?

19        A.    Yes.

20        Q.    Okay.  Have you talked to any

21   other consumers about the Brookside

22   products ingredients?

23        A.    No.

24        Q.    You haven't talked to like

25   your husband or your friends about it?

Page 108

1          A.     Well, my husband.

2          Q.     So do you know if there are

3    any other consumers who share your

4    concerns about the way that the

5    Brookside products are labeled?

6          A.     This particular instance, no.

7          Q.     You haven't discussed it with

8    anyone?

9          A.     No.

10         Q.     Okay.

11         A.     Aside from my husband.

12         Q.     And your husband, you said he

13   didn't eat the Brookside products; is

14   that right?

15         A.     Right.  I mean he may have.

16         Q.     And as you understand it,

17   does he have any concerns about the way

18   they are labeled?

19         A.     Not as much as I, the mother,

20   are concerned about labels.

21         Q.     Fathers are never as

22   concerned, right?

23         A.     Exactly.

24         Q.     So it's more your thing and

25   not so much his?

1    A.    Right.

2    Q.    Okay.  And -- sorry.  Let me

3  just ask you.  In your view, is any

4  food that contains malic acid

5  artificially flavored?

6    A.    I would assume so, yes.

7    Q.    Okay.  And how much malic

8  acid do you think is in the Brookside

9  products, or don't you know?

10    A.    I have no idea.

11    Q.    Do you know if the amount

12  varies from flavor to flavor?

13    A.    I don't know.

14    Q.    Do you know what the product

15  would taste like without malic acid?

16    A.    No.

17    Q.    Do you know whether anything

18  about the product texture would be

19  different without it?

20    A.    I don't know.

21    Q.    Do you know if it would spoil

22  faster without malic acid?

23    A.    Probably.

24    Q.    Why do you say that?

25    A.    Well, if it's a preservative,

```
1    it's artificial.
2         Q.    So do you think malic acid is
3    a preservative?
4              MR. HOUCHIN:  Objection,
5         form.
6         A.    I don't know.  I'm kind of
7    assuming it is.
8         Q.    Why are you assuming that?
9         A.    Because if you have a bowl of
10   fruit on your kitchen table and you
11   sprinkle a preservative over it to let
12   it last longer, you have now tainted
13   the fruits to last longer, right?
14   Which could be a good thing for some.
15   But if you're looking to have things
16   that are more natural and less
17   artificial...
18        Q.    Well, I'm just not sure what
19   that has to do with Brookside.  I'm
20   just asking, do you think malic acid is
21   a preservative or not, or don't you
22   know?
23        A.    I don't know.
24        Q.    Okay.  And so you don't
25   know -- you don't know anything about
```

Page 111

1   why -- I think we've already covered

2   this, but just to be sure, you don't

3   know anything about why Hershey's puts

4   it in the product?

5       A.      Correct.

6       Q.      And you don't know anything

7   about how Hershey gets the malic acid

8   to put in the products?

9       A.      Correct.

10      Q.      And so you don't know -- you

11  don't know if malic acid is a

12  preservative, right?

13      A.      Correct.

14      Q.      Okay.  And so you don't know

15  what other functions it could serve in

16  food, if there are any, besides being a

17  flavor, right?

18      A.      Right.

19      Q.      Okay.  I do want to go back

20  to sort of how you came to be a

21  plaintiff in this case.  And again, I'm

22  not going to ask you to tell me about

23  your conversations with your lawyers.

24  I'm just trying to understand, you

25  know, your thinking when you decided to

Page 112

```
 1    become a plaintiff in this case.
 2              So when, I think you
 3    mentioned that you saw -- you got an
 4    e-mail at some point in summer or fall
 5    of 2018 about a lawsuit against The
 6    Hershey Company, and at that point you
 7    decided you didn't want to buy the
 8    Brookside products anymore.
 9         A.    Correct.
10         Q.    Okay.  And was this e-mail
11    that you got just a notification that
12    the lawsuit was occurring, or was it
13    like an ad inviting people to join the
14    lawsuit?
15         A.    It was not an ad.
16         Q.    It was just a notification
17    that the lawsuit was occurring?
18         A.    Yes.
19         Q.    Okay.  So --
20         A.    Or specifically that it was
21    occurring because of a false claim.
22         Q.    Right.  So it was a
23    notification of a lawsuit against
24    Hershey to do with the labeling of
25    Brookside, right?
```

Page 113

```
1        A.      Correct.
2        Q.      Okay.  Now, when did you
3   begin to consider suing The Hershey
4   Company yourself?
5        A.      When I was contacted by the
6   law firm.
7        Q.      Okay.  So to understand the
8   sequence of events, you saw -- you got
9   an e-mail about this lawsuit?
10       A.      Yes.  From Class Action
11  Rebates, if I'm saying that correctly,
12  if I recall.
13       Q.      Okay.  What's Class Action
14  Rebates?
15       A.      It's -- well, class action
16  suits or something like that.  It's an
17  e-mail that you -- I receive that
18  includes companies and/or products that
19  are being sued, or will be sued,
20  because of false, something false, or
21  some sort of harm has been done.
22       Q.      Okay.  You got this e-mail --
23  and, actually, we don't have to guess
24  about this.  I think I have some things
25  that I can show you that might help you
```

Page 114

```
 1    remember.
 2                (Exhibit 3, marked for
 3         identification, Bates stamped
 4         MARRONFIRM000001.)
 5         Q.     So, Ms. Pirrone, this is
 6    Exhibit 3 to your deposition.
 7         A.     Right.  So Class Action
 8    Rebates, right.
 9         Q.     These are the types of
10    e-mails you get?
11         A.     Yes.  Once in a while.  I
12    don't know how often.
13         Q.     Okay.  So I'll represent to
14    you that your lawyers provided this to
15    us as examples -- or, I guess, as all
16    of the advertising that they did when
17    trying to find clients for this case.
18                .  And does this look like
19    the e-mail that you got?
20         A.     Yes.
21         Q.     Okay.  So you got this e-mail
22    in the summer or fall of 2018; is that
23    right?
24         A.     Yes.
25         Q.     And it looks like -- I think,
```

Page 115

1    if I'm understanding these records
2    correctly, it looks like this e-mail
3    was sort of sent around in early August
4    and then again in mid-November of 2018.
5         A.    Mm-hmm.
6         Q.    And which of those sounds
7    closer to the time that you remember
8    getting it?
9         A.    Probably November.
10        Q.    So you think you got it in
11   November.  And your last purchase of
12   Brookside was in August; is that right?
13        A.    Yes.
14        Q.    Thereabouts?
15        A.    Thereabouts.
16        Q.    And you saw this e-mail --
17        A.    Was it November or October?
18   I don't even -- I recall it was in the
19   fall.
20        Q.    Well, I'm just going off --
21   so if you turn to the page that's Bates
22   stamped at the bottom page 4.  It says
23   November the 14th for this e-mail.  And
24   then on page 6, I think it says
25   November the 14th again.

Page 116

1        A.      Okay.

2        Q.      So that's where I'm getting

3   November the 14th.

4        A.      Okay.

5        Q.      And that sounds to you like

6   it could be about when you saw this?

7        A.      Yes.

8        Q.      And this is what the e-mail

9   that you got looked like, as far as you

10   remember?

11        A.      Yes.

12        Q.      And you said that after you

13   saw this e-mail you decided to stop

14   buying the product?

15        A.      Correct.

16        Q.      And what about this e-mail

17   made you stop buying the product?

18        A.      That there's something false

19   going on here, should be investigated.

20   And as a consumer, it's probably wise

21   for me to discontinue to purchase it,

22   on behalf of myself and my children.

23        Q.      Okay.  So you assumed based

24   on this e-mail that there was something

25   false or misleading about the Brookside

Page 117

1    labeling, right?

2         A.    Labeling, ingredients,

3    product itself.

4         Q.    But this e-mail doesn't say

5    what the concern was, right?

6         A.    Correct.  It's a lot of fine

7    print here though.

8         Q.    Well, I think, and I'm not

9    trying to trip you up, I think the fine

10   print is just about your lawyers, it's

11   not about --

12        A.    Oh, okay.

13        Q.    -- the product.  But when you

14   found out that this was the subject of

15   a class action investigation, that was

16   enough for you, you thought I don't

17   want to buy this product anymore?

18        A.    Correct.

19        Q.    Okay.  And going back to what

20   I was asking earlier, when did you

21   start to think I might like to sue The

22   Hershey Company myself?

23        A.    When I was contacted by the

24   law offices of Marron.  I'm not saying

25   the right name.

Page 118

```
1          Q.     And without telling me about
2     your communications, who reached out to
3     you from the Marron law firm?
4          A.     Tanya.
5          Q.     Do you know Tanya's last
6     name?
7          A.     I have to look.  Do you want
8     me to look?
9          Q.     No, that's okay.
10         A.     Okay.
11         Q.     Is Tanya a lawyer?
12         A.     I don't -- I don't know.
13         Q.     Okay.  So Tanya is affiliated
14    with the Marron law firm and she
15    reached out to you?
16         A.     Correct.
17         Q.     And when was that?
18         A.     Fall 2018.
19         Q.     Was that before or after you
20    saw this e-mail?
21         A.     After.
22         Q.     Okay.  So you saw the e-mail.
23    You didn't respond to it?
24         A.     No, I did respond to it.
25         Q.     Oh, you did.  Okay, sorry.
```

Page 119

```
 1        A.    Yeah.
 2        Q.    So you looked at this lawsuit
 3    and you decided you were going to stop
 4    buying the product.  And so here I'm
 5    looking -- I'm looking at Exhibit 3,
 6    the very first page, and it says, "To
 7    see if you qualify to join this free
 8    class action lawsuit investigation,
 9    please contact the law offices of
10    Ronald A. Marron."
11        A.    Correct.
12        Q.    So you clicked on that link?
13        A.    And put my contact
14    information.
15        Q.    And did you put anything else
16    in that -- in your e-mail to the law
17    firm?
18        A.    I don't think -- I don't
19    recall.
20        Q.    You just provided your
21    contact information?
22        A.    Yes.
23        Q.    And then Tanya reached out to
24    you?
25        A.    Correct.
```

Page 120

```
 1        Q.     And Tanya -- did Tanya at
 2   that point tell you a bit more about
 3   what the claim was in the lawsuit?
 4            MR. HOUCHIN:  Objection,
 5        attorney/client privilege.  Yes,
 6        I'm going to instruct you not to
 7        answer that question.
 8        Q.     When did you learn what the
 9   lawsuit was actually about, more
10   specifically than you can tell from
11   this e-mail?
12        A.     Upon further conversations
13   with the law firm.
14        Q.     Okay.  And you mentioned that
15   you learned about some scientific
16   testing of some sort?
17        A.     Yes.
18        Q.     When did you learn about
19   that?
20        A.     During conversations with the
21   attorneys.
22        Q.     Well, when in time?
23        A.     Late 2018.
24        Q.     So after Tanya reached out to
25   you?
```

Page 121

1      A.      Correct.

2      Q.      And after you had already

3   decided to stop buying the products?

4      A.      Correct.

5      Q.      And have you learned anything

6   else, anything at all, about the way

7   the Brookside products are made, since

8   the time when you were buying the

9   products?

10     A.      No.

11     Q.      You've just learned about the

12  scientific testing?

13     A.      Yes.

14     Q.      And at what point did you

15  decide that you were going to join the

16  lawsuit as a plaintiff?

17     A.      When?

18     Q.      Yes.

19     A.      Late 2018.

20     Q.      Okay.  So this e-mail that

21  you got and this phone call from Tanya

22  and your decision to sue, did they all

23  happen pretty close to one another, in

24  November of 2018?

25     A.      Yes.

Page 122

1        Q.      And why did you decide to sue
2    The Hershey Company?
3        A.      Because as a consumer I have
4    a right to, I was misled with
5    information.
6        Q.      You believed, based on the
7    scientific research that you've
8    described, that you had been misled?
9        A.      Yes.
10       Q.      And without telling me
11   anything else -- without telling me
12   anything at all about your
13   communications, who have you been in
14   contact with from the Marron lawsuit,
15   besides Tanya and Mike, if anyone?
16       A.      No one that I recall.
17       Q.      Okay.  Did you have any
18   social or personal relationship with
19   anyone from the Marron law firm before
20   November of 2018?
21       A.      No.
22       Q.      Okay.  And I just want to ask
23   if you know some people.
24       A.      Okay.
25       Q.      So bear with me.  So you

Page 123

```
1    don't know Ron Marron?
2         A.    No.
3         Q.    What about Alexis Wood?
4         A.    No.
5         Q.    What about lie Lilach
6    Halpran?
7         A.    No.
8         Q.    What about Kas Galucci?
9         A.    No.
10        Q.    What about Dave Reid?
11        A.    No.
12        Q.    What about Allison Caldwell?
13        A.    No.
14        Q.    What about Heather Mora?
15        A.    No.
16        Q.    Okay.  And you mentioned that
17   you met with Mike back in like January
18   or February --
19        A.    February.
20        Q.    -- right?
21              Is that the only time you
22   have met with Mike?
23        A.    Yes.
24        Q.    Okay.  As you understand it,
25   when was this lawsuit filed?
```

Page 150

1

2                        CERTIFICATION

3

4

5        I, JEREMY RICHMAN, a Notary Public for

6    and within the State of New York, do

7    hereby certify:

8        That the witness whose testimony as

9    herein set forth, was duly sworn by me;

10   and that the within transcript is a true

11   record of the testimony given by said

12   witness.

13       I further certify that I am not

14   related to any of the parties to this

15   action by blood or marriage, and that I am

16   in no way interested in the outcome of

17   this matter.

18       IN WITNESS WHEREOF, I have hereunto

19   set my hand this 3rd day of April, 2019.

20

21

22            JEREMY RICHMAN

23

24

25