IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CLARK, TODD HALL, ANGELA PIRRONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERSHEY COMPANY, a Delaware corporation,<br><br>Defendant. | No. 18-cv-06113 WHA<br><br>**ORDER RE MOTION FOR RELIEF** |

Pursuant to FRCP 60(a), defendant Hershey Company's motion for relief from the November 2019 order regarding the motions to file under seal (Dkt. No. 109) is, to the extent stated below, **GRANTED**. The parties shall file a revised version of the relevant documents, in comport with this order, on the public docket by **DECEMBER 10 AT NOON**.

| DOCUMENT | PORTION TO BE SEALED |
|---|---|
| Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class Certification and to Appoint Class Counsel | Portions highlighted on page 10. |
| Marron Declaration | Portions highlighted in ¶ 12. |
| Exhibit 2, Marron Declaration | This document shall be filed publically. |
| Exhibit 8, Marron Declaration | This document shall be filed under seal. |
| Exhibit 9, Marron Declaration | HERSC00001058. |

| | |
|---|---|
| Exhibit 10, Marron Declaration | This document shall be sealed only to the extent this Court previously ordered this document to be sealed (Dkt. No. 85). |
| Exhibit 11, Marron Declaration | A September 2019 order granted the parties' stipulated request to withdraw this exhibit (Dkt. No. 93).  The previous ruling regarding the sealing of this document is thus **VACATED.** |
| Geib Declaration | Portions highlighted. |
| Exhibit A, Geib Declaration | This document shall be filed under seal. |
| Exhibit D, Metcalf Declaration | The previous ruling stands. The portions highlighted of 185:1–12 shall be filed under seal.  The remaining portions highlighted shall be filed publically. |

**IT IS SO ORDERED.**

Dated:  November 27, 2019.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE