UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CLARK, TODD HALL, ANGELA PIRRONE, individually, on behalf of all others similarly situated, and the general public,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE HERSHEY COMPANY, a Delaware corporation,<br><br>    Defendant. | No. C 18-06113 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order, judgment is hereby entered in favor of defendant The Hershey Company and against plaintiffs Howard Clark, Todd Hall, and Angela Pirrone. The Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: February 6, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE